**98–695. Bean v. Wal–Mart Stores, Inc.**
Hamilton App. No. C–970565. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Whereas appellant has filed a memorandum in support of jurisdiction that exceeds the page limit prescribed by S.Ct.Prac.R. III(1)(C),

IT IS ORDERED by the court, *sua sponte,* that the memorandum in support of jurisdiction be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, May 6, 1998*

## MOTION DOCKET

**97–1394. Akl v. El Chafehi.**
Lucas App. No. L–96–129. This cause is pending before the court as an appeal from the Court of Appeals for Lucas County. Upon consideration of appellee's motion to schedule oral argument at 9:00 a.m.,

IT IS ORDERED by the court, *sua sponte,* that this be the second case called for oral argument Tuesday, May 26, 1998.

**97–1670. Williams v. ITT Financial Serv.**
Hamilton App. Nos. C–960234 and C–960255. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Upon consideration of appellant's motion to change date of oral argument currently scheduled for May 26, 1998,

IT IS ORDERED by the court that the motion to change date of oral argument be, and hereby is, denied.

**98–748. Ferro Corp. v. Blaw–Knox Food & Chem. Equip. Co.**
Cuyahoga App. Nos. 70804 and 70936. This cause is pending on certification of conflict by the Court of Appeals for Cuyahoga County. On April 27, 1998, appellant Blaw–Knox Food & Chemical Equipment Company filed a second notice of certified conflict in this case. Whereas the notice does not contain a copy of the conflicting court of appeals' opinion for *Ferro Corp. v. Blaw–Knox Food & Chem. Equip. Co.,* as required by S.Ct.Prac.R. IV(1),

IT IS ORDERED by the court, *sua sponte,* that the notice filed by appellant Blaw–Knox Equipment Company be, and hereby is, stricken.

**98–811. Tiemann v. Univ. of Cincinnati.**
Franklin App. No. 97API10–148. This cause is pending before the court as a discretionary appeal. Whereas appellants have filed a memorandum in support of jurisdiction that exceeds the page limit prescribed by S.Ct.Prac.R. III(1)(C), and a motion to withdraw the memorandum,

IT IS ORDERED by the court that appellants' motion to withdraw the memorandum in support of jurisdiction be, and hereby is, granted and the memorandum in support of jurisdiction be, and hereby is, stricken.

## MISCELLANEOUS DISMISSALS

**97–1906. Melnyk v. Penfield Twp. Bd. of Trustees.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.